```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 04 B 25689
    DAWN MARIE DEPPE
                                                    CHAPTER 13

                                                    JUDGE: MANUEL BARBOSA

             Debtor
    SSN XXX-XX-0716


-----------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/09/04 and confirmed on 09/16/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  14659.63 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| DELL FINANCIAL SVCS | SECURED | 250.00 | 9.94 | 250.00 |
| FORD MOTOR CREDIT CO | SECURED | 3180.00 | 155.45 | 3180.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1754.09 | .00 | 874.46 |
| INTERNAL REVENUE SERVICE | PRIORITY | 483.25 | 47.16 | 483.25 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4615.98 | .00 | 2301.18 |
| BMG MUSIC SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 2633.53 | .00 | 1312.88 |
| RICHARD CAROLL MD | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| FIGIS INC | UNSECURED | 54.97 | .00 | 27.40 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 433.04 | .00 | 215.88 |
| GEICO INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNATIONAL MASTER PUB | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MSN SUBSCRIBER | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE OF IL | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE OF IL | UNSECURED | NOT FILED | .00 | .00 |
| PRL DIRECT | UNSECURED | NOT FILED | .00 | .00 |
| PUBLISHERS CLEARING HOUS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| SCIENTIFIC AMERICAN | UNSECURED | NOT FILED | .00 | .00 |
| SCIENCE FICTION BOOK CLU | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 545.37 | .00 | 271.88 |
| SHORT TERM LOAN | UNSECURED | 589.50 | .00 | 293.88 |
| CARD SERVICE CENTER | UNSECURED | 264.47 | .00 | 131.84 |
| THE SWISS COLONY | UNSECURED | 1388.89 | .00 | 692.40 |
| WEST SUBURBAN CARDIOLOGI | UNSECURED | 50.00 | .00 | 24.93 |

```
DELL FINANCIAL SVCS         UNSECURED          1214.43              .00          605.42
FORD MOTOR CREDIT CO        UNSECURED           328.20              .00          163.62
INTERNAL REVENUE SERVICE UNSECURED              102.73              .00           51.21
     Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  3430.00       483.25      13975.20          .00       17888.45
PRINCIPAL PAID      3430.00       483.25       6966.98          .00       10880.23
INTEREST PAID        165.39        47.16           .00          .00         212.55
TOTAL PAID          3595.39       530.41       6966.98          .00       11092.78
```

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $    607.22 .

Refunds to the Debtor totaled $    259.63 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 10/11/07                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE